# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. – JFM-90-0135 |
| NAMOND WILLIAMS | * | |

## MEMORANDUM

Plaintiff has filed a motion to correct order granting sentencing reduction. The motion is both successive and untimely. If Williams wants to challenge the representation afforded to him by the Office of the Federal Public Defender, he should file an appropriate motion under 28 U.S.C. §2255.

Date: Jun 3, 2016

J. Frederick Motz
United States District Judge

1